**Jerome CLARKE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**Nos. 12580, 12612, 12613.**

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 15, 1955.

Decided Dec. 15, 1955.

Mr. Henry Lincoln Johnson, Jr., Washington, D. C., for appellant.

Mr. Gerard J. O'Brien, Asst. U. S. Atty., with whom Messrs. Leo A. Rover, U. S. Atty., and Lewis Carroll and E.

Riley Casey, Asst. U. S. Attys., were on the briefs, for appellee. Mr. Carl W. Belcher, Asst. U. S. Atty., also entered an appearance for appellee in No. 12580.

Before EDGERTON, Chief Judge, and PRETTYMAN and DANAHER, Circuit Judges.

PER CURIAM.

These appeals are from convictions of larceny after trust. D.C.Code 1951, § 22–2203, 50 Stat. 629, amended, 67 Stat. 99. We find no error affecting substantial rights.

Affirmed.